# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1358
_____

STEPHEN HAWKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

October 15, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, MAKAR, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Stephen Hawkins, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.